JUAN M. CHAVIS v. THE STATE.

1. The overruling of a motion to quash an indictment is not a judgment from which an appeal to this court can be taken, wherefore the cause is remanded to be prosecuted to final judgment.

APPEAL from Bexar. Tried below before the Hon. Thos. H. Stribling.

The opinion states the material facts.

*E. B. Turner*, Attorney General, moved to dismiss.

No brief for the appellant.

WALKER, J.—It is very difficult to imagine how this case gets before us. The appellant is indicted for permitting a gaming bank. A motion is made to quash the indictment; the mo-

tion is overruled, and an appeal is attempted to be taken to this court.

No appeal should have been allowed. If the defendant thought himself aggrieved by the ruling of the court, he should have saved an exception upon the record.

The indictment is sufficient in law, and the cause should have proceeded to trial. Were such a practice permitted, no person charged with crime could ever be brought to trial, as there would be no end of motions to quash, and no end of appeals from the judgments of the court.

The appeal is dismissed at the costs of appellant, and the cause remanded to be proceeded with in accordance with this opinion.

Reversed and remanded.